UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VU QUOC PHAM,

      Petitioner,

      v.

WARDEN, et al.,

      Respondents.

No.  1:25-cv-1873 DC AC

ORDER

Petitioner, a self-represented immigration detainee, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  On December 22, 2025, respondents were ordered to show cause why the writ should not be granted.  ECF No. 5.  On December 23, 2025, respondents filed an opposition to the petition.  Petitioner has not filed a reply.

On January 20, 2026, the court received a letter from petitioner indicating that he has not been served with a response to the order to show cause.  ECF No. 8.  Petitioner asks the court for an update on the status of his case and information on how to proceed if respondents have not submitted a response to the order to show cause.  Id.

On January 22, 2026, respondents filed a certificate of service certifying that, on that day, they served a courtesy copy of the Respondent's Opposition to Petition for Writ of Habeas Corpus by mail to plaintiff's address at Golden State Annex.  ECF No. 9.

1

Because it appears there was a delay in petitioner's receipt of respondent's opposition, petitioners will be given additional time to file a reply. Petitioner is informed that a reply is an opportunity to respond to any statements or arguments made by the respondents in their opposition to the petition.

Accordingly, IT IS HEREBY ORDERED that petitioner may file a reply, if any, in support of his petition by February 11, 2026.

DATED: January 26, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2